# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JERRI G. SMITKO

VERSUS

MARISSA A. ACHEE, KIEL
THERIOT, II

NO.  2020 CW 0510

**JULY 07, 2020**

In Re:    Jerri G. Smitko, applying for rehearing, 32nd Judicial
          District Court, Parish of Terrebonne, No. 185476.

**BEFORE:  GUIDRY, McDONALD, WELCH, CHUTZ, AND BURRIS,[1] JJ.**

**APPLICATION FOR REHEARING DENIED.**

                    **JMG**
                    **JMM**
                    **JEW**
                    **WRC**
                    **WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.